[Cite as *In re K.C.*, 2022-Ohio-3694.]

IN THE COURT OF APPEALS

TWELFTH APPELLATE DISTRICT OF OHIO

WARREN COUNTY

|  |  |  |
|---|---|---|
| IN RE: | : | |
| K.C. | : | CASE NOS. CA2022-05-037<br>CA2022-06-038 |
| | : | |
| | : | D E C I S I O N<br>10/17/2022 |
| | : | |
| | : | |

APPEAL FROM WARREN COUNTY COURT OF COMMON PLEAS
JUVENILE DIVISION
Case No. 19-D000133

David Fornshell, Warren County Prosecuting Attorney, for appellee.

Andrew J. Brenner, for appellant Father.

Tyrone P. Borger, for appellant Mother.

**Per Curiam.**

{¶1} This cause came on to be considered upon notices of appeal filed by appellant, Father, and by appellant, Mother, the transcript of the docket and journal entries, the transcript of proceedings and original papers from the Warren County Court of Common Pleas, and upon the brief filed by appellant Father's counsel and the brief filed by appellant Mother's counsel.

**{¶2}** Counsel for appellant Father has filed a brief with this court pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), which (1) indicates that a careful review of the record from the proceedings below fails to disclose any errors by the trial court prejudicial to the rights of appellant upon which an assignment of error may be predicated; (2) lists two potential errors "that might arguably support the appeal," *Anders*, at 744, 87 S.Ct. at 1400; (3) requests that this court review the record independently to determine whether the proceedings are free from prejudicial error and without infringement of appellant's constitutional rights; (4) requests permission to withdraw as counsel for appellant on the basis that the appeal is wholly frivolous; and (5) certifies that a copy of both the brief and motion to withdraw have been served upon appellant Father.

**{¶3}** Counsel for appellant Mother has filed a brief with this court pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), which (1) indicates that a careful review of the record from the proceedings below fails to disclose any errors by the trial court prejudicial to the rights of appellant upon which an assignment of error may be predicated; (2) lists one potential error "that might arguably support the appeal," *Anders*, at 744, 87 S.Ct. at 1400; (3) requests that this court review the record independently to determine whether the proceedings are free from prejudicial error and without infringement of appellant's constitutional rights; (4) requests permission to withdraw as counsel for appellant on the basis that the appeal is wholly frivolous; and (5) certifies that a copy of both the brief and motion to withdraw have been served upon appellant Mother.

**{¶4}** Having allowed appellants sufficient time to respond, and no response having been received, we have accordingly examined the record and find no error prejudicial to appellants' rights in the proceedings in the trial court.  The motion of counsel for appellant Father and the motion of counsel for appellant Mother requesting to withdraw as counsel

are granted, and these appeals are dismissed for the reason that they are wholly frivolous.

PIPER, P.J., S. POWELL and BYRNE, JJ., concur.